UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:09-CV-156-R

**KELSEY E. LEWIS**                                                                                      **PLAINTIFF**

**V.**                                      **ORDER**

**WILHELM S. MEYERS, et al.**                                        **DEFENDANT**

Defendants have filed a motion for summary judgment (DN 5). Plaintiff has filed a response (DN 9) and defendants have filed a reply (DN 10). At issue is whether plaintiff previously settled the case. Defendants argue plaintiff's father made an offer of settlement. Defendants made a written acceptance and sent a check. The check has never been cashed.

Plaintiff was an adult. Plaintiff filed affidavits that she did not authorize, confirm, or agree to any settlement. At the least, there is a fact dispute.

**IT IS ORDERED** that defendants' motion is **denied**. (DN 5)

cc:      Counsel